| | | |
|---|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California | COMAR LAW<br>D. INDER COMAR, ESQ. |
| 2 | JAY M. GOLDMAN<br>Supervising Deputy Attorney General | 901 Mission Street, Suite 105<br>San Francisco, CA 94103 |
| 3 | JANELLE M. SMITH<br>Deputy Attorney General | Telephone: (415) 640-5856<br>Facsimile:  (415) 513-0445 |
| 4 | State Bar No. 231801<br>  455 Golden Gate Avenue, Suite 11000 | *Attorneys for Plaintiff* |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5521 | |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Janelle.Smith@doj.ca.gov | |
| 7 | *Attorneys for Defendants The State of California and*<br>*The California Department of Corrections and* | |
| 8 | *Rehabilitation* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,** | C 12-2785 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED]**<br>**ORDER ENLARGING TIME FOR** |
| v. | **DEFENDANTS TO ANSWER FIRST**<br>**AMENDED COMPLAINT** |
| **THE STATE OF CALIFORNIA,**<br>**CALIFORNIA DEPARTMENT OF**<br>**CORRECTIONS AND**<br>**REHABILITATION, et al.,** | Judge:        The Honorable Edward M.<br>                    Chen<br>Trial Date:   None Set<br>Action Filed:  May 31, 2012 |
| Defendants. | |

   The parties agree that the current deadline for Defendants the State of California and the California Department of Corrections and Rehabilitation (Defendants) to answer Plaintiff Joseph Zeoli's first amended complaint is October 5, 2012.

   At Defendants' request, due to scheduling conflicts and counsel's unavailability from October 1, 2012 through October 12, 2012, the parties stipulate that the deadline for Defendants to file an answer to Plaintiff's first amended complaint be extended to October 19, 2012.

   The parties agree that this requested time modification will not affect the date of an event

1

or deadline already fixed by Court order, and will not affect the schedule of the case.

IT IS SO STIPULATED

DATED: September 28, 2012

KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JANELLE M. SMITH
Deputy Attorney General

*s/ Janelle M. Smith*
JANELLE M. SMITH
Deputy Attorney General
*Attorneys for Defendants*

DATED: September 28, 2012

COMAR LAW

*/s/ D. Inder Comar*
D. INDER COMAR
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: October 1, 2012

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

As required by Local Rule 5-1, I, Janelle M. Smith, attest that I obtained concurrence in the filing of this document from D. Inder Comar.

SF2012204821
20640930.doc

2

Stip. & ~~Proposed~~ Order Enlarging Time for Defs To Answer First Am. Compl. (C 12-2785 EMC)