KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JANELLE M. SMITH
Deputy Attorney General
State Bar No. 231801
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5521
 Fax:  (415) 703-5843
 E-mail:  Janelle.Smith@doj.ca.gov
*Attorneys for Defendants The State of California and The California Department of Corrections and Rehabilitation*

COMAR LAW
D. INDER COMAR, ESQ.
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: (415) 640-5856
Facsimile:  (415) 513-0445

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**THE STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                    Defendants. | C 12-2785 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Judge:         The Honorable Edward M. Chen<br>Trial Date:    None Set<br>Action Filed:  May 31, 2012 |

The parties agree that the current deadline for Defendants the State of California and the California Department of Corrections and Rehabilitation (Defendants) to answer Plaintiff Joseph Zeoli's first amended complaint is October 5, 2012.

At Defendants' request, due to scheduling conflicts and counsel's unavailability from October 1, 2012 through October 12, 2012, the parties stipulate that the deadline for Defendants to file an answer to Plaintiff's first amended complaint be extended to October 19, 2012.

The parties agree that this requested time modification will not affect the date of an event

1

or deadline already fixed by Court order, and will not affect the schedule of the case.

IT IS SO STIPULATED

DATED:  September 28, 2012

        KAMALA D. HARRIS
        Attorney General of California
        JAY M. GOLDMAN
        Supervising Deputy Attorney General
        JANELLE M. SMITH
        Deputy Attorney General

        *s/ Janelle M. Smith*
        JANELLE M. SMITH
        Deputy Attorney General
        *Attorneys for Defendants*

DATED: September 28, 2012

        COMAR LAW

        */s/ D. Inder Comar*
        D. INDER COMAR
        *Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: October 1, 2012

        THE HONORABLE EDWARD M. CHEN
        United States District Judge

     As required by Local Rule 5-1, I, Janelle M. Smith, attest that I obtained concurrence in the filing of this document from D. Inder Comar.

SF2012204821
20640930.doc

2

Stip. & ~~Proposed~~ Order Enlarging Time for Defs To Answer First Am. Compl. (C 12-2785 EMC)