UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ZEOLI, | No. C 12-02785 EMC (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| THE STATE OF CALIFORNIA, ET AL., | |
| Defendant(s). | |

The parties have a settlement conference set for Tuesday, November 27, 2012. The court directs them to submit the following information required by the court's order on settlement conference statements. *See* ECF No. 33. The information *may* be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it *must* be submitted by Monday, November 26, 2012, at 4:00 p.m.

**Defendants** *must* respond to Plaintiff's demand and *must* let the court know the response.

**Plaintiff** *must* provide attorney's fees to date and projected fees and costs through trial and *may* let the court know confidentially.

**IT IS SO ORDERED.**

Dated: November 22, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12-02785 EMC (LB)