| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>JANELLE M. SMITH<br>Deputy Attorney General<br>State Bar No. 231801<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5521<br>  Fax: (415) 703-5843<br>  E-mail: Janelle.Smith@doj.ca.gov<br>*Attorneys for Defendants The State of California and California Department of Corrections and Rehabilitation* | COMAR LAW<br>D. INDER COMAR, ESQ.<br>901 Mission Street, Suite 105<br>San Francisco, CA 94103<br>Telephone: (415) 640-5856<br>Facsimile: (415) 513-0445<br><br>*Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**THE STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | C 12-2785 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:           February 28, 2013<br>Time:          10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:         The Honorable Edward M. Chen<br>Trial Date:   None Set<br>Action Filed: May 31, 2012 |

   A further case management conference is currently scheduled in this matter for February 28, 2013, at 10:30 a.m. The parties remain engaged in settlement discussions before The Honorable Laurel Beeler and are scheduled to participate in a telephonic conference with Judge Beeler on February 25, 2013.

   Given the date of the telephonic conference with Judge Beeler, the parties request that the further case management conference in this matter be continued to March 21, 2013 at 10:30 a.m., so that the parties can continue to pursue settlement discussions.

1

Stip. & Proposed Order to Continue Further CMC (C 12-2785 EMC)

1  The parties stipulate that in order to continue settlement discussions, they request that the
2  further case management conference in this matter be continued to March 21, 2013 at 10:30.

3

4  IT IS SO STIPULATED

5

6  DATED:  February 19, 2013        KAMALA D. HARRIS
                                                              Attorney General of California
7                                                                JAY M. GOLDMAN
                                                               Supervising Deputy Attorney General
8                                                                 JANELLE M. SMITH
                                                                Deputy Attorney General

9

10                                                                 *s/ Janelle M. Smith*
                                                                JANELLE M. SMITH
11                                                                 Deputy Attorney General
12                                                                 *Attorneys for Defendants*

13

14  DATED: February 20, 2013          COMAR LAW

15

16                                                                 */s/ D. Inder Comar*
                                                                D. INDER COMAR
17                                                                 *Attorneys for Plaintiff*

18

19  IT IS SO ORDERED:

20           2/21/13
21  Dated:_____           THE HONORABLE EDWARD M. CHEN
                                                         United States District Judge
22

23  As required by Local Rule 5-1, I, Janelle M. Smith, attest that I obtained concurrence in the
24  filing of this document from D. Inder Comar.

25

26

27  SF2012204821
     20672926.doc

28

                                           2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeoli v. The State of California CDCR, et al.** | Case No. | **C 12-2785 EMC** |

I hereby certify that on <u>February 20, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

**DECLARATION OF JANELLE M. SMITH IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 20, 2013</u>, at San Francisco, California.

| M. Xiang | /s/ M. Xiang |
|---|---|
| Declarant | Signature |

20673035.doc