1  KAMALA D. HARRIS
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  JANELLE M. SMITH
   Deputy Attorney General
4  State Bar No. 231801
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5521
6   Fax:  (415) 703-5843
    E-mail:  Janelle.Smith@doj.ca.gov
7  *Attorneys for Defendants The State of California and*
   *California Department of Corrections and*
8  *Rehabilitation*

   COMAR LAW
   D. INDER COMAR, ESQ.
   901 Mission Street, Suite 105
   San Francisco, CA 94103
   Telephone: (415) 640-5856
   Facsimile:  (415) 513-0445

   *Attorneys for Plaintiff*

9
                    IN THE UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14  **JOSEPH ZEOLI,**                          C 12-2785 EMC

15                            Plaintiff,        **STIPULATION AND [PROPOSED]
                                                ORDER TO RESCHEDULE FURTHER
16        v.                                    CASE MANAGEMENT CONFERENCE**

17                                              Date:       March 21, 2013
    **THE STATE OF CALIFORNIA,**                Time:       10:30 a.m.
18  **CALIFORNIA DEPARTMENT OF**                Courtroom:  5, 17th Floor
    **CORRECTIONS AND**                         Judge:      The Honorable Edward M.
19  **REHABILITATION, et al.,**                             Chen
                                                Trial Date: None Set
20                            Defendants.       Action Filed: May 31, 2012

21

22       A further case management conference is currently scheduled in this matter on March 21,

23  2013, at 10:30 a.m.  The parties remain engaged in settlement discussions before The Honorable

24  Laurel Beeler and recently participated in a telephonic conference with Judge Beeler on February

25  25, 2013.  During that conference with Judge Beeler, the parties agreed to continue to engage in

26  settlement discussions and to participate in a further telephonic conference with Judge Beeler on

27  May 6, 2013 concerning possible settlement.

28       Given the date of the next telephonic conference with Judge Beeler, the parties request

                                        1

                            Stip. & Prop. Order to Reschedule Further CMC  (C 12-2785 EMC)

1   that the further case management conference in this matter be continued to May 23, 2013 at 10:30

2   a.m., so that the parties can continue to pursue settlement discussions.

3          The parties stipulate that in order to continue settlement discussions, they request that the

4   further case management conference in this matter be continued to May 23, 2013 at 10:30 a.m.

5

6   IT IS SO STIPULATED

7

8   DATED:  March 13, 2013                     KAMALA D. HARRIS
                                              Attorney General of California
                                              JAY M. GOLDMAN
9                                             Supervising Deputy Attorney General
                                              JANELLE M. SMITH
10                                            Deputy Attorney General

11

12                                            *s/ Janelle M. Smith*
                                              JANELLE M. SMITH
13                                            Deputy Attorney General
                                              *Attorneys for Defendants*
14

15   DATED: March 14, 2013                    COMAR LAW
16

17
                                              */s/ D. Inder Comar*
18                                            D. INDER COMAR
                                              *Attorneys for Plaintiff*
19

20

21   IT IS SO ORDERED:

22

23   Dated: _____   3/15/13                    _____
                                                          EDWARD M. CHEN
24                                                        Judge

25

26          As required by Local Rule 5-1, I, Janelle M. [Smith, attest] that I obtained concurrence in the

27   filing of this document from D. Inder Comar.

28   SF2012204821
     20678890.doc

                                        2

                      Stip. & Prop. Order to Reschedule Further CMC  (C 12-2785 EMC)