KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JANELLE M. SMITH
Deputy Attorney General
State Bar No. 231801
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5521
  Fax: (415) 703-5843
  E-mail: Janelle.Smith@doj.ca.gov
*Attorneys for Defendants The State of California and*
*California Department of Corrections and*
*Rehabilitation*

COMAR LAW
D. INDER COMAR, ESQ.
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: (415) 640-5856
Facsimile: (415) 513-0445

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,**<br><br>                              Plaintiff,<br><br>**v.**<br><br>**THE STATE OF CALIFORNIA,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,**<br><br>                            Defendants. | C 12-2785 EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO RESCHEDULE FURTHER<br>CASE MANAGEMENT CONFERENCE**<br><br>Date:        March 21, 2013<br>Time:       10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:     The Honorable Edward M.<br>              Chen<br>Trial Date:  None Set<br>Action Filed: May 31, 2012 |

A further case management conference is currently scheduled in this matter on March 21, 2013, at 10:30 a.m. The parties remain engaged in settlement discussions before The Honorable Laurel Beeler and recently participated in a telephonic conference with Judge Beeler on February 25, 2013. During that conference with Judge Beeler, the parties agreed to continue to engage in settlement discussions and to participate in a further telephonic conference with Judge Beeler on May 6, 2013 concerning possible settlement.

Given the date of the next telephonic conference with Judge Beeler, the parties request

1

1    that the further case management conference in this matter be continued to May 23, 2013 at 10:30

2    a.m., so that the parties can continue to pursue settlement discussions.

3          The parties stipulate that in order to continue settlement discussions, they request that the

4    further case management conference in this matter be continued to May 23, 2013 at 10:30 a.m.

5

6    IT IS SO STIPULATED

7

8    DATED:  March 13, 2013                          KAMALA D. HARRIS
                                                     Attorney General of California
9                                                    JAY M. GOLDMAN
                                                     Supervising Deputy Attorney General
10                                                   JANELLE M. SMITH
                                                     Deputy Attorney General
11

12                                                   s/ Janelle M. Smith
                                                     JANELLE M. SMITH
13                                                   Deputy Attorney General
                                                     Attorneys for Defendants
14

15

16   DATED: March 14, 2013                           COMAR LAW

17

18                                                   /s/ D. Inder Comar
                                                     D. INDER COMAR
19                                                   Attorneys for Plaintiff

20

21   IT IS SO ORDERED:

22

23   Dated:_____    3/15/13                _____
                                                     EDWARD M. CHEN
24                                                   Judge

25

26         As required by Local Rule 5-1, I, Janelle M. _____ that I obtained concurrence in the

27   filing of this document from D. Inder Comar.

28   SF2012204821
     20678890.doc

                                                     2

                              Stip. & Prop. Order to Reschedule Further CMC  (C 12-2785 EMC)