| | | |
|---|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California | COMAR LAW<br>D. INDER COMAR, ESQ. |
| 2 | JAY M. GOLDMAN<br>Supervising Deputy Attorney General | 901 Mission Street, Suite 105<br>San Francisco, CA 94103 |
| 3 | JANELLE M. SMITH<br>Deputy Attorney General | Telephone: (415) 640-5856<br>Facsimile: (415) 513-0445 |
| 4 | State Bar No. 231801<br>  455 Golden Gate Avenue, Suite 11000 | *Attorneys for Plaintiff* |
| 5 |   San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5521 | |
| 6 |   Fax: (415) 703-5843<br>  E-mail: Janelle.Smith@doj.ca.gov | |
| 7 | *Attorneys for Defendants The State of California<br>And California Department of Corrections and* | |
| 8 | *Rehabilitation* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,** | C 12-2785 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED]**<br>**ORDER TO RESCHEDULE FURTHER** |
| v. | **CASE MANAGEMENT CONFERENCE** |
| **THE STATE OF CALIFORNIA,<br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,** | Date: May 23, 2013<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge: The Honorable Edward M. Chen<br>Trial Date: None Set |
| Defendants. | Action Filed: May 31, 2012 |

    A further case management conference is currently scheduled in this matter on May 23, 2013, at 10:30 a.m. The parties remain engaged in settlement discussions before The Honorable Laurel Beeler and recently participated in a telephonic conference with Judge Beeler on May 7, 2013. During that conference with Judge Beeler, the parties agreed to continue to engage in settlement discussions and to participate in a further telephonic conference with Judge Beeler on May 30, 2013 concerning possible settlement.

    Given the date of the next telephonic conference with Judge Beeler, the parties request

that the further case management conference in this matter be continued to July 18, 2013 at 10:30 a.m., so that the parties can continue to pursue settlement discussions and complete additional discovery that may help to facilitate a potential settlement.

      The parties stipulate that in order to continue settlement discussions, they request that the further case management conference in this matter be continued to July 18, 2013 at 10:30 a.m.

IT IS SO STIPULATED

DATED: May 14, 2013

KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JANELLE M. SMITH
Deputy Attorney General

*s/ Janelle M. Smith*
JANELLE M. SMITH
Deputy Attorney General
*Attorneys for Defendants*

DATED: May 14, 2013

COMAR LAW

*/s/ D. Inder Comar*
D. INDER COMAR
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: 5/16/13

_____
EDWARD M. CHEN

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

      As required by Local Rule 5-1, I, Janelle M. Smith, attest that I obtained concurrence in the filing of this document from D. Inder Comar.

SF2012204821
20693198.doc

# CERTIFICATE OF SERVICE

Case Name:   **Zeoli, J. v. The State of California, CDCR, et al.**            Case No.   **C 12-2785 EMC**

I hereby certify that on <u>May 15, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

**DECLARATION OF JANELLE M. SMITH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 15, 2013</u>, at San Francisco, California.

|  M. Xiang  |  /s/ M. Xiang  |
|:---:|:---:|
| Declarant | Signature |

20693333.doc