| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>JANELLE M. SMITH<br>Deputy Attorney General<br>State Bar No. 231801<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5521<br>  Fax:  (415) 703-5843<br>  E-mail:  Janelle.Smith@doj.ca.gov<br>*Attorneys for Defendants The State of California And California Department of Corrections and Rehabilitation* | COMAR LAW<br>D. INDER COMAR, ESQ.<br>901 Mission Street, Suite 105<br>San Francisco, CA 94103<br>Telephone: (415) 640-5856<br>Facsimile:  (415) 513-0445<br><br>*Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH ZEOLI,**<br><br>                                                Plaintiff,<br><br>v.<br><br>**THE STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                             Defendants. | C 12-2785 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:           May 23, 2013<br>Time:          10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge:         The Honorable Edward M. Chen<br>Trial Date:   None Set<br>Action Filed: May 31, 2012 |

    A further case management conference is currently scheduled in this matter on May 23, 2013, at 10:30 a.m.  The parties remain engaged in settlement discussions before The Honorable Laurel Beeler and recently participated in a telephonic conference with Judge Beeler on May 7, 2013.  During that conference with Judge Beeler, the parties agreed to continue to engage in settlement discussions and to participate in a further telephonic conference with Judge Beeler on May 30, 2013 concerning possible settlement.

    Given the date of the next telephonic conference with Judge Beeler, the parties request

1  that the further case management conference in this matter be continued to July 18, 2013 at 10:30
2  a.m., so that the parties can continue to pursue settlement discussions and complete additional
3  discovery that may help to facilitate a potential settlement.
4      The parties stipulate that in order to continue settlement discussions, they request that the
5  further case management conference in this matter be continued to July 18, 2013 at 10:30 a.m.

IT IS SO STIPULATED

DATED: May 14, 2013      KAMALA D. HARRIS
                                         Attorney General of California
                                         JAY M. GOLDMAN
                                         Supervising Deputy Attorney General
                                         JANELLE M. SMITH
                                         Deputy Attorney General

                                         *s/ Janelle M. Smith*
                                         JANELLE M. SMITH
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

DATED: May 14, 2013      COMAR LAW

                                         */s/ D. Inder Comar*
                                         D. INDER COMAR
                                         *Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: 5/16/13                                 _____
                                                   EDWARD M. CHEN

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen)

    As required by Local Rule 5-1, I, Janelle M. Smith, attest that I obtained concurrence in the filing of this document from D. Inder Comar.

SF2012204821
20693198.doc

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Zeoli, J. v. The State of California, CDCR, et al.** | Case No. | **C 12-2785 EMC** |

I hereby certify that on <u>May 15, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

**DECLARATION OF JANELLE M. SMITH IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 15, 2013</u>, at San Francisco, California.

| M. Xiang | /s/ M. Xiang |
|---|---|
| Declarant | Signature |

20693333.doc