UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ZEOLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-02785-WHO<br><br>**ORDER REGARDING PARTIES' DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 68 |

　　　　Plaintiff Joseph Zeoli asserts that he suffered negative health impacts due to the medical care he received for his HIV condition while he was incarcerated at San Quentin State Prison. *See* Dkt. No. 14 (first amended complaint). Mr. Zeoli produced three pages of medical records to the defendants. Mr. Zeoli seeks to redact portions of the medical records as "non-relevant and highly private." The parties dispute whether the portions Mr. Zeoli seeks to redact are relevant.

　　　　Mr. Zeoli proposes an *in camera* review of the three documents. *See* Dkt. No. 68 at 1. The defendants do not object to this proposal. Accordingly, by Friday April 4, 2014, Mr. Zeoli shall lodge unredacted versions of the medical records at issue with the Court for *in camera* review. Following my review of the records, I will determine whether the portions at issue are properly redacted and whether additional briefing or argument is necessary.

　　　　**IT IS SO ORDERED**.

Dated: March 31, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge